Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 15 PM 4:36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

KATE SOMERVILLE SKINCARE, LLC, a California LLC

vs

KATE SOMERVILLE JAPAN, a Japan Corporation, SUPER STUDIO, INC., a Japan Corporation, and HIROSHI KOMAMURA, an individual

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 1502 L WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kenneth M. Fitzgerald
Daniel K. Greene
LATHAM & WATKINS, LLP
600 W. Broadway, Suite 1800
San Diego, California 92101   (619) 236-1234

An answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

AUG 1 5 2008

W. Samuel Hamrick, Jr.
CLERK
J. PARIS

By _____, Deputy Clerk

DATE

COPY

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S